BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHDEV SINGH, | No. 2:10-cv-S-1067 WBS GGH |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: DISMISSAL |
| v. | |
| Alejandro Mayorkas, United States Citizenship and Immigration Services, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in adjudication of an application for adjustment status to that of lawful permanent resident by United States Citizenship and Immigration Services. Since the filing of this petition, USCIS has issued a Notice of Intent to Terminate Asylum Status. This administrative action renders moot the mandamus petition to urge action on the application for adjustment of status. Accordingly, the parties stipulate to dismissal of the complaint.

Dated: June 29, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Jonathan M. Kaufman
Jonathan M. Kaufman
Attorney for the Plaintiffs

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed as moot.

IT IS SO ORDERED.

DATED: July 6, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE